WALKER STEVENS CANNOM LLP
Hannah L. Cannom (SBN 245635)
hcannom@wscllp.com
Bethany M. Stevens (SBN 245672)
bstevens@wscllp.com
500 Molino Street #118
Los Angeles, CA 90013
Telephone: (213) 337-9972
Facsimile: (213) 403-4906

*Attorneys for Applicants APPLE INC.;*
*APPLE RETAIL GERMANY B.V. & CO. KG;*
*AND APPLE DISTRIBUTION INTERNATIONAL LIMITED*

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| *In re* Ex Parte Application of<br><br>APPLE INC.; APPLE RETAIL GERMANY B.V. & CO. KG; AND APPLE DISTRIBUTION INTERNATIONAL LIMITED<br><br>Applicants,<br><br>For an Order Pursuant to 28 U.S.C. § 1782 Granting Leave to Obtain Discovery from Qualcomm Incorporated for Use in Foreign Proceedings. | CASE NO. 3:21-mc-01545-BLM<br><br>**APPLE INC.'S NOTICE OF WITHDRAWAL OF ITS EX PARTE APPLICATION FOR AN ORDER PURSUANT TO 28 U.S.C. § 1782 GRANTING LEAVE TO OBTAIN DISCOVERY FOR USE IN FOREIGN PROCEEDINGS**<br><br>Hon. Barbara Lynn Major |

PLEASE TAKE NOTICE that pursuant to Civil Local Rule 7.1(g)(1), Petitioners Apple Inc., Apple Retail Germany B.V. & Co. HG, and Apple Distribution International Limited (collectively, "Apple") hereby withdraw its application *ex parte* for an order pursuant to 28 U.S.C. § 1782 granting Apple leave to obtain targeted discovery from Qualcomm Incorporated ("Qualcomm") for use in foreign litigations, filed with the Court on November 4, 2021 (Dkt. No. 1).

Dated: March 2, 2022         WALKER STEVENS CANNOM LLP

By: */s/ Bethany Stevens*

2
NOTICE OF WITHDRAWAL

# **CERTIFICATE OF SERVICE**

I declare that I am employed with the law firm of Walker Stevens Cannom LLP, whose address is 500 Molino Street, Suite 118, Los Angeles, California 90013. I further declare that on March 2, 2022, I instructed an employee of Express Network AS to serve a true and correct copy of the foregoing document on the Respondent at the address below:

Qualcomm Incorporated
c/o Corporation Service Company, Agents for Service
2710 Gateway Oaks Drive, Suite 150N
Sacramento, CA 95833

*Respondent*

I declare under penalty of perjury that the foregoing is true and correct.

Dated: March 2, 2022        By: */s/ Bethany Stevens*
                                            Bethany Stevens